IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10791
Conference Calendar
_____

DAVID A. DEARDORFF,

Plaintiff-Appellant,

versus

T. GERARDI, Watauga City Police Officer,
G. SPINELLA, Watauga City Police Officer,
T. WRIGHT, Watauga City Police Officer,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:94-CV-654-Y
- - - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

David A. Deardorff appeals the district court's imposition of a $500 sanction for his abuse of the discovery process. Because the litigation is still pending, this court lacks jurisdiction to review the district court's order.

APPEAL DISMISSED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.